term. The record and appellants' brief must be served and filed on or before May 10, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ ALICE TAAFFE, Appellant, v. JACOB D. TURNER, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the June Term, beginning May 22, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before May 11, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

## (April 26, 1961)

■ LOUISE GAROFALO, Respondent, v. ROY GAROFALO, Appellant, et al., Defendant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the June Term, beginning May 22, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before May 12, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ ELIAS GOLDSTEIN, Respondent, v. SANTINI BROS., INC., Appellant, et al., Defendant.— Motion by appellant for a stay and for leave to amend its notice of appeal by including defendant Fornari as an additional appellant. Motion denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ In the Matter of the Arbitration between CHARLES E. WETZLER et al., Respondents, and WLADISLAW SANDOWSKI, Appellant.— Motion by appellant to stay respondents from taking any further proceedings in the arbitration, pending determination of appeal. Motion denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ ELIZABETH KAMEN, Respondent, v. SAMUEL E. KAMEN, Defendant. ROBERT R. KAUFMAN, Appellant.— Motion by appellant for a stay of the order appealed from, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it on May 5, 1961; appeal ordered on the calendar for said day. On the court's own motion, the appeal will be heard on the original papers and on the typewritten briefs of the parties. The parties are directed to file six copies of their typewritten briefs and to serve one copy on each other. Appellant's brief, which shall include a copy of the opinion, if any, of the court below, must be served and filed on or before May 1, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ LYMAN E. KIPP et al., Respondents, v. INCORPORATED VILLAGE OF ARDSLEY et al., Appellants. JOHN KING, Respondent, v. INCORPORATED VILLAGE OF ARDSLEY et al., Appellants.— Motion by respondents to dismiss appeals denied, on condition that appellants perfect the appeals and be ready to argue or submit them at the June Term, beginning May 22, 1961; appeals ordered on the calendar for said term. Appellants' brief must be served and filed on or before May 10, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ ROSE PEARLSON et al., Respondents, v. ETHEL JAVITZ, Appellant.— Motion by appellant for stay of order, dated April 7, 1961, pending appeal therefrom, denied, without prejudice to renewal after appellant, if so advised, shall have served and filed a new notice of appeal from said order. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER M. CAVERS, Appellant, v. RANDOLPH B. GRASHEIM, as Deputy Warden of the Prison of the City of New York, County of Queens, Respondent.— Motion by relator to stay relator's return to the State of South Carolina or its representative, pursuant